STATE of Missouri, Respondent,

v.

Steve Lavoyd KELTNER, Appellant.

WD 78712

Missouri Court of Appeals, Western District.

ORDER FILED: July 11, 2017

Joshua D. Hawley, Attorney General, and Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division Two: Thomas H. Newton, Presiding Judge, and James Edward Welsh and Karen King Mitchell, Judges

## Order

Per Curiam:

Steve Keltner appeals his conviction for driving while intoxicated, alleging there was insufficient evidence to support the conviction. Because there is sufficient evidence to support the conviction, we affirm. Rule 30.25(b).